Rupp Pfalzgraf LLC
*People at law*

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202

Application granted in part. The initial conference previously scheduled for December 9, 2026 is adjourned to December 15, 2026 at 11:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (855) 244-8681; access code 2317 236 5283.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 12.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 18, 2026

***VIA ECF***

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Dear Judge Halpern:

Re: Hargrove v. GOALL Agency, LLC
Docket No. 7:26-cv-08599 (PMH) (S.D.N.Y.)
Letter-Motion to Adjourn Initial Case Management Conference
Our File No.: 16131.46256

This firm represents Defendant GOALL Agency, LLC in the above-referenced action. Pursuant to Rule 1(C) of Your Honor's Individual Practices in Civil Cases, I respectfully request an adjournment of the initial case management and scheduling conference currently scheduled for Wednesday, December 9, 2026 at 10:30 a.m., by telephone (ECF No. 11), to Tuesday, December 15, 2026 at 10:30 a.m., or to another date convenient for the Court.

As required by Rule 1(C), I state the following:

1. **Original date:** December 9, 2026 at 10:30 a.m., by telephone conference.

2. **Reason for the request:** The undersigned has a previously scheduled appearance on December 9, 2026, at 10:00 a.m. in an unrelated matter. That appearance was scheduled before the Notice of Initial Conference was issued, and it conflicts with the conference in this action.

3. **Previous requests for adjournment:** None.

4. **Disposition of previous requests:** Not applicable.

5. **Adversary's position:** Plaintiff's counsel, James J. DeCristafaro, Esq., has consented to this request.

The requested adjournment affects the dates in the Notice of Initial Conference. If the conference is adjourned to December 15, 2026, the parties will confer under Fed. R. Civ. P. 26(f) by Tuesday, November 24, 2026, and will submit the proposed Civil Case Discovery Plan and Scheduling Order by December 8, 2026.

Thank you for the Court's time and consideration of this request.

Respectfully submitted,

James J. Graber, Esq.
*Attorneys for Defendant GOALL Agency, LLC*

cc: All counsel of record (via ECF)